1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA ALLISON, #179741
    Chief Assistant for the Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700   Fax: 916-498-5710
    Linda.allison@fd.org
5

6   Attorneys for Defendant
    CAMERON PATRICK STARK
7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 6:16-mj-0069-MJS
                                       )
12          Plaintiff,                 )   STIPULATION AND ORDER TO SET A
                                       )   STATUS CONFERENCE/CHANGE OF PLEA
13                 v.                  )   HEARING
                                       )
14  CAMERON PATRICK STARK,             )   Date:   November 1, 2016
                                       )   Time:   10:00 a.m.
15          Defendant.                 )   Judge:  Hon. Michael J. Seng
                                       )
16                                     )
                                       )
17  _____

18          IT IS HEREBY STIPULATED between the parties through their respective counsel,

19  Legal Officer SUSAN ST. VINCENT and Chief Assistant Federal Defender LINDA C.

20  ALLISON attorney for defendant CAMERON PATRICK STARK, that the Court set this case on

21  calendar for an initial appearance/change of plea hearing for November 1, 2016 at 10:00 a.m.

22  DATED:  October 4, 2016                    Respectfully submitted,

23                                             HEATHER WILLIAMS
                                               Federal Defender
24
                                               /s/Linda Allison
25                                             LINDA ALLISON
                                               Chief Assistant to the Federal Defender
26                                             Attorneys for Defendant
                                               CAMERON PATRICK STARK
27  / / /

28  / / /

                                     -1-

1  Dated:  October 4, 2016

2                                                      */s/ Susan St. Vincent*
                                                       SUSAN ST. VINCENT
3                                                      Legal Officer

4                                    **ORDER**

5
         It is hereby ordered that an initial appearance/change of plea hearing be set in Case No.
6
7  6:16-mj-0069-MJS November 1, 2016, at 10:00 a.m.

8  IT IS SO ORDERED.

9

10     Dated:   October 5, 2016         /s/ *Michael J. Seng*

11                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28