HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorneys for Defendant
CAMERON PATRICK STARK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON PATRICK STARK,<br><br>Defendant. | Case No.  16-mj-0069 MJS<br><br>REQUEST PURSUANT TO FEDERAL RULE OF CRIM PRO 43(B)(2) FOR VIDEO APPEARANCE IN LIEU OF PERSONAL APPEARNCE<br><br>Date: November 1, 2016<br>Time: 10:00 am<br>Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Cameron Patrick Stark, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance, change of plea and sentencing, and that he be allowed to appear via video conference.  Mr. Stark agrees that his interests shall be represented at all times by the presence of his attorney, Linda C. Allison, from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Stark were personally present, and requests that this Court allow his attorney to represent his interests at all times.  *The government has no objection to Mr. Stark appearing via video in lieu of personally appearing.*   This Court has the discretion under Rule 43(b)(2) to allow Mr. Stark  to appear by video conference or to be absent from the proceedings.

Mr. Stark is charged with one count of engaging in an activity subject to a permit requirement, in violation of Title 36 Code of Federal Regulations § 1.6(g)(1) and one count of camping outside a designated site or area, in violation of  Title 36 Code of Federal Regulations §

1  2.10 (b)(10). On November 1, 2016, Mr. Stark will be entering a guilty plea to count I pursuant
2  to a plea agreement. Count I charges him with engaging in activity subject to permit. Pursuant
3  to the agreement, the government will recommend that the remaining count be dismissed, that
4  Mr. Stark pay a fine of $1,000 and that he be on one year of court probation.

5  Mr. Stark resides in the San Jose area. He recently started a new job and relocated.
6  Traveling to Yosemite for court would involve considerable time and expense for him and create
7  a hardship. As this Court is aware, Yosemite is a remote location, the roads can be treacherous
8  in the winter months and finding low price hotel rooms in the area can be very difficult. For
9  these reasons, this Court should exercise its discretion under Rule 43.

10  Mr. Stark would appear via video from the San Jose federal courthouse. This Court's
11  deputy clerk would make those arrangements.

12  Accordingly, Mr. Stark respectfully requests the Court grant a waiver of his right and
13  obligation to be personally present and that he be permitted to appear via video conference.

14  Dated: October 4, 2016

15  HEATHER E. WILLIAMS
   Federal Defender
16

17  */s/ LINDA C. ALLISON*
   LINDA C. ALLISON
18  Chief Assistant Federal Defender
   Attorney for Defendant
19  CAMERON PATRICK STARK

20

21  I consent to the above.

22
   Dated: October 4, 2016
23   /s/ Cameron Patrick Stark
   CAMERON PATRICK STARK
24  Defendant

25

26  / / /

27  / / /

28  / / /

**O R D E R**

Good Cause Appearing, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the plea and sentencing hearing in Case No. 16-mj-0069 MJS is granted by order of the court **on conditions that**: 1) Defendant make necessary arrangements to appear via a secure, Court-approved video conferencing system; and, 2) a fully executed written plea agreement be provided to the Court at least three days before the plea and sentencing hearing.

IT IS SO ORDERED.

Dated:   October 19, 2016             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE